# Exhibit A

 Outlook

---

## Re: ACH payment detail and current AP report

**From** Greg Sharrow <greg@sharrowmarine.com>
**Date** Wed 8/30/2023 11:13 PM
**To**    Robert Morehardt <rmbtool@hotmail.com>
**Cc**    Wendy Wilkins <gcwilkins@sharrowmarine.com>

That was a mistake. We do want to give you the stock options. Sherry is drafting the documents. The 60K can go toward the costs from the foundry you are working with.

Greg

Greg Sharrow
President and CEO
SHARROW MARINE, LLC
(M) (323) 839-3364
(O) (313) 251-4220
greg@sharrowmarine.com
www.sharrowmarine.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

On Aug 30, 2023, at 9:41 PM, Robert Morehardt <rmbtool@hotmail.com> wrote:

Greg, Wendy,

I see that you are paying some of the RP invoices.  Greg, did you decide not to do the stock option deal we discussed?  Here is my latest AP statement which is different than Wendy's.  Also, I haven't added in the latest recent shipment of castings.  Please review and let me know if I can answer any questions.

Thanks,

Bob

**From:** Wendy Wilkins <gcwilkins@sharrowmarine.com>
**Sent:** Wednesday, August 30, 2023 3:54 PM
**To:** Robert Morehardt <rmbtool@hotmail.com>
**Cc:** Wolcott Blair <wolcottb@sharrowmarine.com>; Greg Sharrow <greg@sharrowmarine.com>; Ellen Salvatore <ellen.salvatore@yptc.com>
**Subject:** ACH payment detail and current AP report

Hi Bob,

Here is the detail for the $60,000.00 ACH payment and our current AP report for you.

Wendy

Wendy Wilkins
Finance Department
Sharrow Marine LLC
Office: 856-367-7159
gcwilkins@sharrowmarine.com
www.sharrowmarine.com

<SharrowStatement 083023.pdf>