# Exhibit C

Sharrow Engineering
Bob Proposal
For Discussion Purposes Only

1. Equity Grant of 1%
2. Purchase 100 castings (if needed) a month
3. Convert $250K of loan into the Convertible Debt Instrument. Same instrument the Cottons are invested in. This does have a 3x liquidation preference
4. If $250K of payable is converted to equity add .2% to Equity Grant for total of 1.2%
5. Vesting is 2 year schedule, half vest in 2 years other half vests in 4 years
6. Participate in Incentive Stock Option Plan (details to be determined)

**Below is an illustration of compensation package**

| | | | |
|---|---|---|---|
| Equity Grant 1% but increased to 1.2% if 250K is capitalized. See below | 1.2% interest in Sharrow | $ 1,800,000 | Current Value |
| Vesting | 4 years | $ 450,000 | value per year of vesting |
| Castings 100 dollar profit built in | 100 Castings a month | $ 120,000 | 100 dollar profit per ca |
| **Total Annual Compensation** | | $ 570,000 | |

**Total Equity Ownership**  1.37%