# Exhibit F

# SUPPLIER AGREEMENT

This Supplier Agreement ("Agreement") is entered into as of October ____, 2025, by and between Tec-Cast, LLC, a Massachusetts limited liability company ("Supplier") located at 100 Verge Street, Springfield, MA 01129, and Sharrow Marine and Sharrow Engineering, Inc., Delaware corporation ("Buyer"), located at 24400 Jefferson Ave, St Clair Shores, MI 48080 (collectively referred to as the "Parties").

**1. Purpose**
Supplier agrees to deliver and Buyer agrees to purchase the goods described in Exhibit A attached hereto.

**2. Term**
This Agreement shall commence on October _____, 2025 and continue ~~until September 30, 2025~~ through Robert Morehardt's conditioned employment with Sharrow Engineering, unless terminated earlier in accordance with Section 10. "conditioned employment"

**3. Products and Pricing**
Supplier shall supply the products listed in Exhibit A.

Pricing shall be as set forth in Exhibit A.

Prices are fixed.

**4. Orders**
Buyer shall order 25 castings per week during the Term.

**5. Payment Terms**
Buyer shall pay all invoices within 60 days of receipt. If the payment exceeds the 60 day grace period, interest at 8% shall accrue until the overdue invoice is paid in full.

**6. Warranties**
Supplier warrants that all goods are free from defects in material and workmanship and conform to specifications in Exhibit A.

### 7. Confidentiality

Each party agrees to maintain the confidentiality of proprietary information disclosed to one another. This provision shall survive termination of this Agreement

### 8. Compliance with Laws

Supplier shall comply with all applicable laws and regulations of the State of Massachusetts, including licensing, labor, and environmental laws.

### 9. Indemnification

Supplier and Buyer agree to indemnify and hold each other harmless from any claims, damages, or liabilities arising from a breach of this Agreement or negligence. ?????

So Sharrow doesn't have to perform?

10. Termination

Either party may terminate this Agreement upon 30 days' written notice for any or no reason.

### 11. Governing Law

This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

### 12. Entire Agreement

This Agreement constitutes the entire agreement between the parties and supersedes all prior supplier agreements or understandings.

**IN WITNESS WHEREOF**, the Parties have executed this Agreement as of the date first written above.

Tec-Cast, LLC:

Signature: _____
Name:                                     Date
Title:

Sharrow Marine, Inc.:

Signature: _____
Name:                                    Date
Title:

**Sharrow Engineering, Inc.:**

Signature: _____
Name:                                    Date
Title:

# EXHIBIT A

Twenty-Five castings per week in accordance with the following specifications:

Sharrow Propellers:

14"- 15" in diameter – Rapid Prototype Price - $350 each
                      Casting Price - $850 each
16" in diameter – Rapid Prototype Price - $450 each
                  Casting Price - $1050 each

[ADD DETAIL ON WHAT YOU ARE BUYING]

The price is set at $_____ per casting through the entire duration of the Term. Prices include shipping and delivery fees.

In the event Buyer fails to order the required number of castings per week, Buyer shall pay to Supplier the sum of One Hundred Fifty-Five Dollars and No Cents ($155.00) multiplied by the number of castings short of twenty-five. The shortfall payment described above is conditioned on Robert Morehardt's continued employment with Sharrow Engineering, Inc.