UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TEC-CAST, LLC, Plaintiff         )
         )
v.             )        Civil Action No. 3:26-cv-30035
         )
SHARROW MARINE LLC,      )
SHARROW ENGINEERING INC.,   )
and GREGORY SHARROW, Defendants   )

PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE (DKT. #7)

Now comes Plaintiff, Tec-Cast, LLC, and responds pursuant to the **Order to Show Cause** of the Court entered on **April 10, 2026,** and 28 U.S.C.§ 1653, herewith supplements its original complaint by amending and restating paragraph (1) thereof as follows:

1. The plaintiff, Tec-Cast, LLC ("Tec-Cast"), is a Massachusetts limited liability company with its place of business at 100 Verge Street, Springfield, Massachusetts. Tec-Cast's sole member is JLP Consulting LLC, an Ohio limited liability company. JLP Consulting LLC's sole member is Jane Whittington, a citizen of West Virginia whose address is 800 37th Street, Vienna, West Virginia.

As such, there is complete diversity between the adverse parties, in that the citizenship of Tec-Cast, LLC, is considered to be that of its member, JLP Consulting LLC, an Ohio Limited Liability Company, whose sole member is Jane Whittington, a citizen of West Virginia, whose citizenship is diverse from the citizenship of Defendants.

WHEREFORE, Plaintiff suggests on the record that there is complete diversity between the adverse parties and therefore Subject Matter Jurisdiction exists for the Court to adjudicate the claims alleged in Plaintiff's Complaint, under 28 U.S.C. § 1332.

TEC-CAST, LLC, Plaintiff

By /s/ Bart Heemskerk
Bart Heemskerk
Heemskerk Business Litigation PLLC
PO Box 80298
Springfield, MA 01138
Tel. 413-896-4598
bart@heemskerklawyer.com

By /s/ John B. Stewart
John B. Stewart (BBO#551180)
John B. Stewart, PC
93 Van Deene Ave., Ste. 103
West Springfield, MA 01089
Tel. 413-206-9134
thetrialer@aim.com

CERTIFICATE OF SERVICE

I certify that a true copy of the within document was filed through the ECF system and will be sent electronically to the registered participants as identified on the notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on April 20, 2026.

/s/ John  B. Stewart
JOHN B. STEWART